Tamisha Lewis-Junge
Name
3748 Aldren Circle
Mailing address
Anchorage AK 99517
City, State, Zip
907-615-0060
Telephone

RECEIVED

SFP 11 2025

CLERK, U.S. DISTRICT COURT
.... ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Tamisha Lewis-Junge,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

John Lewis Sr,
John Lewis Jr,
Janice Parker,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Tamisha Lewis-Junge
(print your name)

who presently resides at 3748 Aldren Circle Anchorage Ak, 99517
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1,_____John lewis Sr_____ is a citizen of
(name)
_____Alaska_____, and is employed as a_____.
(state)                                           (defendant's government position/title)

__X__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____John lewis Jr_____ is a citizen of
(name)
_____Alaska_____, and is employed as a_____.
(state)                                           (defendant's government position/title)

__X__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____Janice Parker_____ is a citizen of
(name)
_____Alaska_____, and is employed as a_____.
(state)                                           (defendant's government position/title)

__X__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:25-cv-00206-RRB    Document 1    Filed 09/11/25    Page 2 of 7

Claim 1: On or about _September 2015_____, my civil right to
(Date)
_To have the right to have own belongs and_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)
was violated by _____John Lewis Sr_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

This is a relitive that has paid
for everything I have, then took
everything out of no where for some
unknown cause. Then was put on
a delusional life style and investagation
to be homeless and beatten on for
no reason. Then came oot of
random person with technologyy
wanting ransom.

I told this person, and was
ignored. Also left kidnapped.

Helps john lewis Jr. make up
alagations for malpractice and
false imperisonment

Claim 2: On or about _May 2002_, my civil right to
(Date)
_To feel safe in own space_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)
was violated by _John Lewis Jr._
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

This is a relitive. That has
purposly put me in danger many
time by inviting random people
He claims is friend, also sexual
partners with him. I have
been held hostage by him and
his friends before then brought
to doctors office for malpractice.

I constally tell them not to contact
me or leave. Then they make
up delusional things to see me.
If they cant see me they make
up delusional things with technology
from the military base to see
me.

He lies to police and helps with
false imprisonment, delusional technology
and medical malpractice. when upset
for no reason

Case 3:25-cv-00206-RRB    Document 1    Filed 09/11/25    Page 4 of 7

Claim 3: On or about _____May 2010_____, my civil right to
(Date)
_be a woman and live freely._
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____Janice Parker_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

This is a relitve. That is a good person, but has hidden agendas. She is someone that has asked for money during a delusional police case also has became delusional with someone using technology on her and attdeked me and made up starge alleagertions about me to an athoridy.

She dose have a part of chaneys skin, the way I look and making inseurve with strange abuse methods.

She listens to John lewis Jr lies and helps belive that Im sick with out medrcal malpraticu, also a criminal from Johns lies.

Case 3:25-cv-00206-RRB    Document 1    Filed 09/11/25    Page 5 of 7

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** __✓__ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): Tamisha Lewis - Junge

Defendant(s): Anchorge Complex, Hildand Mountain, Anthorge police Department

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: May 2025 Date of final decision: _____

Disposition: __✓__ Dismissed _____ Appealed _____ Still pending

Issues Raised: 18. U.S.C § 1519

b. Lawsuit 2:

Plaintiff(s): Tamisha lewis - Junge

Defendant(s): ANMC, Providence Hosiptal, Matsu Reyional Hospal, Alaska Reyional Hospita

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: __✓__ Dismissed _____ Appealed _____ Still pending

Issues Raised: 18 U.S.C § 1519

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 13,000,000

2. Punitive damages in the amount of $ 20,000,000

3. An order requiring defendant(s) to pay and leave me alone

4. A declaration that should happen when order happens

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at _Anchorage, Ak_ on _9/11/2025_
           (Location)                         (Date)

_____
(Plaintiff's Original Signature)


_____     _____
Original Signature of Attorney (if any)           (Date)


_____
_____
_____
Attorney's Address and Telephone Number

Case 3:25-cv-00206-RRB    Document 1    Filed 09/11/25    Page 7 of 7